# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EILEEN JOHNSON,

Appellant,

v.

CCRC OPCO-SUN CITY CENTER, LLC d/b/a
FREEDOM PLAZA SUN CITY CENTER; LIFE CARE SERVICES, LLC;
HEALTHPEAK PROPERTIES, INC., f/k/a HCP INC; and
ANGIE ROHER,

Appellees.

No. 2D23-45
_____

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

R. Ryan Rivas and Gina Brice Griffith of Hall Booth Smith, P.C., Tampa,
for Appellees.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.